IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISVISION

TAMMY ALFORD, *et al.*

    Plaintiffs,

Vs.

    Case No. 2:06-cv-883

CRENSHAW COUNTY BOARD
OF EDUCATION, *et. al.*,

    Defendants.

## PLAINTIFFS' AMENDMENTS TO THE COMPLAINT

The Plaintiffs respectfully amend their complaint to dismiss without prejudice all claims for damages and as grounds state the following:

1. Defendants have not filed an answer or responsive pleading since removing this case from the Alabama Circuit Court for Crenshaw County. Therefore, Plaintiffs have a right to amend their complaint and to dismiss certain causes of action without prejudice.

2. Plaintiffs hereby dismiss and otherwise withdraw all allegations related to state tort actions and any state actions for damages and other compensation.

3. Plaintiffs hereby dismiss and otherwise withdraw all actions and class allegations related to "similarly situated" persons.

3. Plaintiffs specifically reserve the right to pursue any state court tort action or actions which they may have, including but not limited to actions against Defendants for failure to perform legal duties, tortuous interference with Plaintiffs' right to employment,

fraud and defamation, and claims for loss of reputation, financial injury, loss of career opportunities, pain and mental anguish.

WHEREFORE, Plaintiffs respectfully request this Honorable Court to enter an Order granting the amendments to the complaint and dismissing the claims and causes of action without prejudice to Plaintiffs as described above.

Respectfully submitted,

*/s/ Charles F. Norton*
Charles F. Norton
Counsel for Plaintiffs
Al. Bar # NOR007
Al. MD # 703795

422 Dexter Avenue
Montgomery, Al. 36104
1800-3925839
Fax # 334-834-7034
Email charlesn@alaedu.org

## CERTIFICATE OF SERVICE

Charles F. Norton hereby certifies that the following parties were served the foregoing by first class mail and by hand delivery:

James R. Seale
Hill, Hill, Carter, Franco, Cole & Black
P.O. Box 116
Montgomery, Al. 36101-0116

*/s/ Charles F. Norton*

2