IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY ALFORD, *et al.*, <br>     Plaintiffs, <br><br> -vs- <br><br> CRENSHAW COUNTY BOARD <br> OF EDUCATION, *et al.*, <br><br>     Defendants. | Case No. 2:06-cv-883 |

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through their counsel of record, and advise this Honorable Court that they have resolved their differences in the above-styled cause and advise this Honorable Court they agree as follows:

    1.   Parties hereby agree that the dismissal of an employee of a board of education during the employee's contract term requires the recommendation of the Superintendent and the approval of the employing board of education.  The dismissal of the Plaintiffs, Tammy Alford and Rachel Watts, did not have the recommendation of Crenshaw County Board of Education Superintendent, Kathi Wallace, and accordingly action taken by the Crenshaw County Board of Education in dismissing Plaintiffs on September 18, 2006 was null and void pursuant to *Ala. Code* § 16-9-23 (1975).

    2.   Plaintiffs Tammy Alford and Rachel Watts will retain their positions as Cheerleading Coach and Assistant Cheerleading Coach, respectively, including the board allotted pay for such positions for the 2006/2007 school year.

    3.   This cause of action is to be dismissed with prejudice except that Plaintiffs specifically reserve the right to pursue any state court tort action or actions which they may have.

    4.   The costs of this proceeding are to be taxed against the Defendants.

WHEREFORE, These Premises Considered, the parties hereto respectfully request this Honorable Court to enter an Order containing the above relief set forth in paragraphs 1 through 4.

The undersigned attests that Charles F. Norton has agreed to the foregoing and has authorized me to execute this document and electronically file same on his behalf.

DATED THIS the 18th day of October, 2006.

| | |
|---|---|
| TAMMY ALFORD and RACHEL WATTS, Plaintiffs, | CRENSHAW COUNTY BOARD OF EDUCATION, BRIT RICHARDSON, WILLIAM EARL ROPER and JANIE DAY, Defendants, |
| By: /S/  Charles F. Norton<br>Charles F. Norton (703795)<br>Alabama Education Association<br>Post Office Box 4177<br>Montgomery, Alabama 36103<br>(334) 834-9790<br>Counsel for Plaintiffs | By: /S/  James R. Seale<br>James R. Seale (3617-E-68J)<br>HILL, HILL, CARTER,<br>  FRANCO, COLE & BLACK, P.C.<br>Post Office Box 116<br>Montgomery, Alabama 36101-0116<br>(334) 834-7600<br>(334) 263-5969 - fax<br>E-mail: jrs@hillhillcarter.com<br>Counsel for Defendants<br>wwm/6630.0171/f:Stipulation of Dismissal.wpd |